Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Jared A. Day, Trial Attorney
State Bar #CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | ) | Case No. 22-50366-nmc |
|---|---|---|
| **SCOTT A. CORRIDAN,** | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>Office of the United States Trustee
>Attn: Jared A. Day
>300 Booth Street, Suite 3009
>Reno, NV 89509
>Email: *jared.a.day@usdoj.gov*

Dated: July 15, 2022

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Jared A. Day*
Trial Attorney

Notice of Appearance