DARBY LAW PRACTICE, LTD.
Kevin A. Darby, NSB# 7670
Tricia M. Darby, NSB# 7956
499 W. Plumb Lane, Suite 202
Reno, NV 89519
Tel: 775.322.1237
Fax: 775.996.7290

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>SCOTT A. CORRIDAN<br><br>Debtor. | Case No.   22-50366-nmc<br>BK<br><br>Chapter   ☐ 7  ☒ 11  ☐ 13 |
|---|---|

**CERTIFICATE OF SERVICE**

1. On **August 2, 2022** I served the following documents:

   **Status Report (Docket No. 29)**

2. I served the above-named document(s) by the following means to the persons as listed below:

**ECF:**

EDWARD M. BURR
TED@MACRESTRUCTURING.COM

KEVIN A. DARBY on behalf of Debtor SCOTT A. CORRIDAN
kevin@darbylawpractice.com,
tricia@darbylawpractice.com;mandie@darbylawpractice.com;makayla@darbylawpractice.com;atley@darbylawpractice.com

JAMIE P. DREHER on behalf of Creditor THOMAS GLAZIER
jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com

REGINA A. HABERMAS on behalf of Creditor Northpointe Bank
rh@tblaw.com, nvbk@tblaw.com

JEFFREY R. HALL on behalf of Creditor The 2017 Pribus Irrevocable Trust
jhall@hutchlegal.com, bbenitez@hutchlegal.com

1 | U.S. TRUSTEE - RN - 11
2 | USTPRegion17.RE.ECF@usdoj.gov
3 | **VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID AS FOLLOWS:**
4 |
5 | See attached mailing matrix
6 | **I declare under penalty of perjury that the foregoing is true and correct.**
7 | **Signed on:**      **August 2, 2022**
8 | **Atley Weems**      */s/ Atley Weems*
9 | (NAME OF DECLARANT)      An Employee of Darby Law Practice, Ltd.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 22-50366-nmc<br>District of Nevada<br>Reno<br>Tue Aug  2 15:33:06 PDT 2022 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | AMERIHOME MORTGAGE<br>Acct No 2383<br>1 BAXTER WAY<br>SUITE 300<br>THOUSAND OAKS, CA 91362-3888 |
| AMY KNEDLIK<br>4704 PARK GRANADA UNIT 193<br>Calabasas, CA 91302-1521 | BIG WATER INVESETMENTS, LLC<br>C/O INCLINE LAW GROUP<br>264 VILLAGE BLVD, SUITE 104<br>Incline Village, NV 89451-7409 | BRIAN AND KATE HEALY<br>820 STONEY HILL RD.<br>Belvedere Tiburon, CA 94920-1504 |
| CHRIS AND LIZETTE PRIBUS<br>886 FREELS PEAK<br>Incline Village, NV 89451 | ERNEST J. POLATI, JR. TRUSTEE<br>577 ROCKY WAY<br>Redwood City, CA 94062-4021 | Ford Motor Credit Company LLC<br>MacDowell & Associates, Ltd<br>3636 Birch Street, Suite 290<br>MacDowell & Associates, Ltd, 3636 Birch<br>Newport Beach, CA 92660-2656 |
| HARDWOOD FLOORING CO.<br>5580 MILL STREET<br>SUITE 300<br>Reno, NV 89502-0318 | KEVIN HOROWITZ, SOLE PROP OF ST. HELENA<br>C/O ANDY WOLF<br>INCLINE LAW GROUP, LLP<br>264 VILLAGE BLVD, SUITE 104<br>Incline Village, NV 89451-7409 | KIMERLEE CURYL<br>2985 BINKERHOFF AVE<br>Santa Ynez, CA 93460-9728 |
| NATE AND MICHELLE MUDD<br>15148 BOULDER PLACE RESIDENCE 10<br>Truckee, CA 96161-5225 | NEVADA DEPARTMENT OF TAXATION<br>1550 COLLEGE PARKWAY, SUITE 115<br>Carson City, NV 89706-7939 | NORTHPOINTE BANK<br>Acct No xxxxxx5251<br>3333 DEPOSIT DRIVE NE<br>GRAND RAPIDS, MI 49546-1467 |
| NORTHPOINTE BANK<br>TIFFANY & BOSCO, P.A.<br>C/O REGINA A. HABERMAS, ESQ.<br>10100 W. CHARLESTON BOULEVARD, SUITE 220<br>LAS VEGAS, NV 89135-5001 | ROCK & ROSE, INC.<br>C/O MOBO LAW, LLP<br>527 S. ARLINGTON AVE.<br>Reno, NV 89509-1504 | STATE OF NEVADA DEPARTMENT OF EMPLOYMENT<br>500 E. 3RD ST.<br>Carson City, NV 89713-0001 |
| STATE OF NEVADA DEPARTMENT OF UNEMPLOYME<br>500 E. 3RD ST.<br>Carson City, NV 89713-0001 | STEVEN AND TERRE BALDWIN<br>c/o INCLINE LAW GROUP, LLP<br>264 VILLAGE BLVD, SUITE 104<br>Incline Village, NV 89451-7409 | State of Nevada Department of Taxation<br>700 E. Warm Springs Rd Ste 200<br>Las Vegas, NV 89119-4311 |
| THE 2017 PRIBUS IRREVOCABLE TRUST<br>C/O JEFFREY R. HALL<br>HUTCHISON & STEFFEN, PLLC<br>10080 WEST ALTA DRIVE, SUITE 200<br>LAS VEGAS, NV 89145-8724 | THOMAS AND LAURA GLAZIER<br>15 STONECASTLE DR.<br>Alamo, CA 94507-1173 | THOMAS AND LAURA GLAZIER<br>C/O REYNOLDS TILBURY WOODWARD LP<br>11601 BLOCKER DR., SUITE 105<br>Auburn, CA 95603-4649 |
| TROY TAYLOR<br>C/O BRANDON SMITH<br>MEYER LAW OFFICES<br>1483 SHORE STREET<br>WEST SACRAMENTO, CA 95691-3512 | U.S. TRUSTEE - RN - 11<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509-1362 | WOODBURN AND WEDGE<br>ATTN:  SHAWN B. MEADOR, ESQ.<br>6100 NEIL RD., SUITE 500<br>Reno, NV 89511-1159 |
| WYMAN DEVELOPMENT COMPANY<br>9450 SW GEMINI DR. #7790<br>Beaverton, OR 97008-7105 | EDWARD M. BURR<br>10191 E SHANGRI LA RD<br>SCOTTSDALE, AZ 85260-6302 | KEVIN A. DARBY<br>Darby Law Practice, Ltd<br>499 W. Plumb Lane<br>Suite 202<br>Reno, NV 89509-3783 |