# EXHIBIT A

RECORDED AT THE REQUEST OF:
Breckenridge Property Fund 2016, LLC

WHEN RECORDED MAIL TO:
Breckenridge Property Fund 2016, LLC

2015 Manhattan Beach Blvd, Ste 100

Redondo Beach, CA 90278

```
                          2022-0014204
              Recorded        | REC FEE        21.00
       Official Records       | TAX           691.35
           County of           |
              Napa             |
          JOHN TUTEUR          |
     Assessor-Recorder-Co.     |
                               |
                               | MS
       10:17AM 20-Jul-2022     | Page 1 of 3
```

(Space above this line for Recorder's use only)

PROPERTY ADDRESS:
100 Reed Court
Saint Helena, California 94574

## TRUSTEE'S DEED UPON SALE
(Document Title)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Cal. Gov. Code 927361.6)

REC 33    (1-93)

**WHEN RECORDED MAIL TO:**
Breckenridge Property Fund 2016, LLC
2015 Manhattan Beach Blvd. Ste. 100
Redondo Beach CA 90278

**FORWARD TAX STATEMENTS TO:**
Breckenridge Property Fund 2016, LLC
2015 Manhattan Beach Blvd. Ste. 100
Redondo Beach CA 90278

NDSC File No.    :    19-02137-CE-CA
Title Order No.  :    1215791

APN: **009-650-004**

# TRUSTEE'S DEED UPON SALE

Transfer Tax : $691.35
The Grantee herein **WAS** not the Beneficiary
The amount of the unpaid debt was **$628,249.98**
The amount paid by the Grantee was **$628,249.99.**
The property is in the city of **Saint Helena**, County of **Napa**, State of **CA**.

**National Default Servicing Corporation, an Arizona Corporation**, as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

**Breckenridge Property Fund 2016, LLC**

herein called Grantee, the following described real property situated in **Napa** County :

**Lot 17, as shown on the Map entitled "Map of St. Helena Park No. 2", filed November 3, 1981, in Book 13 of Maps, Page(s) 9-10, in the Office of the County Recorder of Napa County.**

This conveyance is made pursuant to the powers conferred upon Trustee by said Deed of Trust executed by **Scott Alan Corridan and Russell Clifford Corridan, a married couple as community property with right of survivorship** , as Trustor, recorded on **11/01/2017** as Instrument No. **2017-0024569** (or Book, Page) of the Official Records of **Napa** County, **CA**.

NDSC File Number: 19-02137-CE-CA
Trustee's Deed Upon Sale
Page 2

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **06/01/22** Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, which amount was **$628,249.99.**

Dated: 07/18/22                National Default Servicing Corporation, an Arizona Corporation

By: _[signature]_
**Genevieve Mada, Trustee Sales Officer**

State of ARIZONA
County of MARICOPA

On July 18, 2022 before me, the undersigned, a Notary Public for said State, personally appeared **Genevieve Mada** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Stephen Daniel Clem_

STEPHEN DANIEL CLEM
Notary Public, State of Arizona
Maricopa County
Commission # 554128
My Commission Expires
November 03, 2022