_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 25, 2022
_____

Casey J. Nelson, Esq. (12259)
Brandon Trout, Esq. (13411)
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Breckenridge Property Fund 2016, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**SCOTT A. CORRIDAN,**<br><br><br>**Debtor.** | Case No.:   22-50366-nmc<br>Chapter: 11<br><br>**ORDER APPROVING STIPULATION PURSUANT TO 11 U.S.C. 362 FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY LOCATED AT**<br>**100 REED CT., SAINT HELENA, CALIFORNIA** |

-1-

The Court has considered the Stipulation submitted by Debtor and Breckenridge Property Fund, 2016, (the "Parties") to vacate the automatic stay with regard to real property located at 100 Reed Ct. Saint Helena, California pursuant to Bankruptcy Code § 362. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408 and 1409. Due and proper notice of the Stipulation having been provided, the Court having determined that the Stipulation is in the best interest of the Parties, their creditors and all other parties in interest and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto is approved.
2. The terms of the Stipulation are incorporated into this Order as if they were set forth herein.

_____
US Bankruptcy Court Judge

Respectfully submitted by:

DATED this 23rd day of August, 2022.

WEDGEWOOD, LLC

*/s/ Brandon Trout*
_____
CASEY J. NELSON, ESQ.
Nevada Bar # 12259
BRANDON TROUT, ESQ.
Nevada Bar # 13411
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146

*Attorneys for Breckenridge Property Fund 2016, LLC,*

DATED this 23rd day of August, 2022.

DARBY LAW PRACTICE, LTD.

*/s/ Kevin A. Darby*
_____
KEVIN A. DARBY, ESQ.
Nevada Bar # 7670
499 W. Plumb Lane - Suite 202
Reno, NV 89509

*Attorney for Debtor*