Casey J. Nelson, Esq. (12259)
Brandon Trout, Esq. (13411)
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Breckenridge Property Fund 2016, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**SCOTT A. CORRIDAN,**<br><br><br>**Debtor.** | Case No.:   22-50366-nmc<br>Chapter: 11<br><br>**STIPULATION PURSUANT TO 11 U.S.C. 362 FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY LOCATED AT 100 REED CT., SAINT HELENA, CALIFORNIA** |

TO THE HONORABLE NATALIE M. COX, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Scott A. Corridan ("Debtor" or "Corridan") and Breckenridge Property Fund 2016, LLC ("Breckenridge", together with Debtor, the "Parties") hereby submit this stipulation (the "Stipulation") pursuant to Bankruptcy Code section 362, for an order approving the Stipulation to vacate the automatic stay with respect to real property located at 100 Reed Ct., Saint Helena, California, 94574 (the "Property"), such that Breckenridge may proceed with enforcing its rights and interest in the Property. The Parties agree the Property is <u>not</u> part of the bankruptcy estate.

-1-

**RECITALS**

1. On November 1, 2017, a Deed of Trust for the Property was executed by Debtor (and his former spouse) was recorded in the Official Records of Napa County, CA as Instrument No. 2017-0024569.

2. Debtor's right, title, and interest in the Property was awarded to Debtor's former spouse in a divorce proceeding, with judgment entered on October 15, 2018. Accordingly, Debtor no longer had an interest in the Property.

3. The Property was sold at public auction pursuant to a Notice of Default and Election to Sell on June 1, 2022 (the "Foreclosure Sale"). Breckenridge was the highest bidder at the Foreclosure Sale.

4. Subsequent to the Foreclosure Sale, Debtor commenced the instant bankruptcy case by filing a Voluntary Petition (Chapter 11) on July 12, 2022.

5. Breckenridge received a Trustee's Deed Upon Sale (the "TDUS") , reflecting its ownership of the Property, which was recorded as Instrument No. 2022-0014204 in the Official Records of Napa County, California on July 20, 2022. A copy of the TDUS is attached hereto as **Exhibit A.**

6. Debtor disclaims any interest in the Property prior to the Foreclosure Sale and confirms that the Foreclosure Sale would extinguish any interest Debtor had in the Property.

7. The Property is not part of the bankruptcy estate.

8. The Parties agree that the automatic stay with respect to the Property can be vacated, subject to the approval of this Stipulation by the United States Bankruptcy Court presiding over this case.

**STIPULATION**

Accordingly, the Parties stipulate, and request that the Court enter an order approving, the following:

1. To the extent applicable, the Parties hereto agree that the automatic stay under Section 362 of the Bankruptcy Code with respect to the Property, Breckenridge, and Debtor is hereby vacated.

2. Nothing herein shall be construed as affecting the rights, remedies, claims, or defenses of Debtor, any creditor, or any party to this bankruptcy case.

3. A Proposed Order approving this Stipulation is attached hereto as **Exhibit B.**

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED this 23rd day of August, 2022. | DATED this 23rd day of August, 2022. |
| WEDGEWOOD, LLC | DARBY LAW PRACTICE, LTD. |
| */s/ Brandon Trout* | */s/ Kevin A. Darby* |
| _____ | _____ |
| CASEY J. NELSON, ESQ.<br>Nevada Bar # 12259<br>BRANDON TROUT, ESQ.<br>Nevada Bar # 13411<br>Office of the General Counsel<br>2320 Potosi Street, Suite 130<br>Las Vegas, Nevada 89146 | KEVIN A. DARBY, ESQ.<br>Nevada Bar # 7670<br>499 W. Plumb Lane - Suite 202<br>Reno, NV 89509 |
| *Attorneys for Breckenridge Property Fund 2016, LLC,* | *Attorney for Debtor* |

# EXHIBIT A

RECORDED AT THE REQUEST OF:

Breckenridge Property Fund 2016, LLC

WHEN RECORDED MAIL TO:

Breckenridge Property Fund 2016, LLC

2015 Manhattan Beach Blvd, Ste 100

Redondo Beach, CA 90278

```
                                    2022-0014204
                         Recorded      | REC FEE        21.00
                         Official Records | TAX        691.35
                         County of     |
                         Napa          |
                         JOHN TUTEUR   |
                         Assessor-Recorder-Co.|
                                       |
                                       | MS
                         10:17AM 20-Jul-2022 | Page 1 of 3
```

(Space above this line for Recorder's use only)

PROPERTY ADDRESS:
100 Reed Court
Saint Helena, California 94574

## TRUSTEE'S DEED UPON SALE
(Document Title)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Cal. Gov. Code 927361.6)

REC 33    (1-93)

**WHEN RECORDED MAIL TO:**
Breckenridge Property Fund 2016, LLC
2015 Manhattan Beach Blvd. Ste. 100
Redondo Beach CA 90278

**FORWARD TAX STATEMENTS TO:**
Breckenridge Property Fund 2016, LLC
2015 Manhattan Beach Blvd. Ste. 100
Redondo Beach CA 90278

NDSC File No.   :   19-02137-CE-CA
Title Order No. :   1215791

APN: **009-650-004**

# TRUSTEE'S DEED UPON SALE

Transfer Tax : $691.35
The Grantee herein **WAS** not the Beneficiary
The amount of the unpaid debt was **$628,249.98**
The amount paid by the Grantee was **$628,249.99.**
The property is in the city of **Saint Helena**, County of **Napa**, State of **CA**.

**National Default Servicing Corporation, an Arizona Corporation**, as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

**Breckenridge Property Fund 2016, LLC**

herein called Grantee, the following described real property situated in **Napa** County :

**Lot 17, as shown on the Map entitled "Map of St. Helena Park No. 2", filed November 3, 1981, in Book 13 of Maps, Page(s) 9-10, in the Office of the County Recorder of Napa County.**

This conveyance is made pursuant to the powers conferred upon Trustee by said Deed of Trust executed by **Scott Alan Corridan and Russell Clifford Corridan, a married couple as community property with right of survivorship** , as Trustor, recorded on **11/01/2017** as Instrument No. **2017-0024569** (or Book, Page) of the Official Records of **Napa** County, **CA**.

NDSC File Number: 19-02137-CE-CA
Trustee's Deed Upon Sale
Page 2

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **06/01/22** Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, which amount was **$628,249.99.**

Dated: 07/18/22          National Default Servicing Corporation, an Arizona Corporation

By: _____
**Genevieve Mada, Trustee Sales Officer**

State of ARIZONA
County of MARICOPA

On July 18, 2022 before me, the undersigned, a Notary Public for said State, personally appeared **Genevieve Mada** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Stephen Daniel Clem_

STEPHEN DANIEL CLEM
Notary Public, State of Arizona
Maricopa County
Commission # 554128
My Commission Expires
November 03, 2022