_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 08, 2023

_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
850 E. Patriot Way, Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: steve@harrislawreno.com
Attorneys for Nate and Michelle Mudd
and Home Run Northstar, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: | BK-22-50366-nmc<br>(Chapter 11) |
| SCOTT A. CORRIDAN,<br><br>Debtor.<br>_____/ | **ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO <u>DISCHARGEABILITY OF DEBTS</u>**<br><br>Hearing Date: February 7, 2023<br>Hearing Time: 2:00 p.m. |

The MOTION FOR ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBTS (Docket No. 107) ("Motion"), came before the Court for hearing on after notice to all creditors and parties in interest on February 7, 2023, at 2:00 p.m.; with Stephen R. Harris, Esq. of Harris Law Practice LLC appearing telephonically on behalf of Creditors Nate and Michelle Mudd and Home Run Northstar, LLC, and no other parties appearing; and with the Court having considered all of the papers and pleadings on file herein,

1

and no opposition having been filed; with the Court having considered the relief requested, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is approved, and the deadline for Creditors Nate and Michelle Mudd and Home Run Northstar, LLC to file a complaint to determine the nondischargeability of their debts pursuant to Section 523(a)(2), (4) and (6) is extended for 60 days from December 30, 2022, to and including February 28, 2023.

Submitted by:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

 /s/ Stephen R. Harris
_____
Attorneys for Nate and Michelle Mudd
and Home Run Northstar, LLC

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_X\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 7th day of March, 2023.

/s/ Stephen R. Harris
_____
Stephen R. Harris, Esq.
HARRIS LAW PRACTICE LLC

###

3