LAW OFFICE OF NATHAN R. ZELTZER                ECF filed on:  5/24/23
Nathan R. Zeltzer, Esq, SBN 5173
232 Court St.
Reno, Nevada  89501
(775) 786-9993
nrzbk@yahoo.com

Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

* * *

In re                                                    Case No.:  BK-22-50366-nmc
SCOTT A. CORRIDAN,                        Hearing date: June 28, 2022
                                                          Hearing time: 2:00 PM


                            Debtor,
_____/

### DECLARATION OF LAUREN MARHALL IN SUPPORT OF MOTION FOR ADMINISTRATIVE CLAIM

I, LAUREN MARSHALL, hereby declare and state under penalty of perjury under the laws of the State

of Nevada, and the United States, as follows;

1. That I was employed as a senior interior designer and project manager with the Debtor in the above

captioned case from September 2018 until January 6, 2023.

2. That I was not paid my wages shortly before and after the Debtor filed bankruptcy on July 12, 2022.

My hourly rate of pay was $45.00 per hour up to August 6, 2022, and then my hourly rate increased to $50.00

per hour.

3. That I received paycheck stubs for these pay periods, and they total $40,719.33, and expenses I

incurred in the amount of $690.96, working for the Debtor after he filed his bankruptcy case.  See Exhibit "A"

attached hereto and incorporated herein.

1

4.  That from July 12, 2022, to January 6, 2023, I provided services and paid expenses on the Debtor's behalf these services and paid expenses were necessary for the Debtor's continued operation, and beneficial to his business.

The above information is true and correct to the best of my knowledge, and if called to testify, I could and would testify to the truth of the matters asserted.

Dated: May 24, 2023                                     /s/ Lauren Marshall
                                                       Lauren Marshall

2

EXHIBIT "A"

EXHIBIT "A"

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

**Employee Pay Stub**          Check number: EFT                    Pay Period: 07/09/2022 - 07/22/2022          Pay Date: 08/15/2022

**Employee**                                                        **SSN**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451          ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 45.00 | 2,340.00 | 49,207.50 |
| Overtime (x1.5) hourly | 1:45 | 67.50 | 118.13 | 1,771.88 |
| Sick Pay | 28:00 | 45.00 | 1,260.00 | 1,620.00 |
| Hourly Vacation | | | | 6,840.00 |
| | 81:45 | | 3,718.13 | 59,439.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -540.00 | -8,631.00 |
| Social Security Employee | | | -230.52 | -3,685.24 |
| Medicare Employee | | | -53.91 | -861.87 |
| | | | -824.43 | -13,178.11 |

| Net Pay | | | 2,893.70 | 46,261.27 |
|---|---|---|---|---|

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 28:00 | 12:00 |
| YTD | 0:00 | 36:00 | |
| Vacation | Accrued | Used | Available |
| Current | 0:00 | | -811:00 |
| YTD | | 112:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

**Employee Pay Stub**          Check number: EFT          Pay Period: 07/23/2022 - 08/06/2022          Pay Date: 08/15/2022

**Employee**                                                                    **SSN**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451     ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 52,807.50 | | Current | 0:00 | 0:00 | 12:00 |
| Hourly Vacation | | | | 6,840.00 | | YTD | 0:00 | 36:00 | |
| Overtime (x1.5) hourly | | | | 1,771.88 | | | | | |
| Sick Pay | | | | 1,620.00 | | Vacation | Accrued | Used | Available |
| | 80:00 | | 3,600.00 | 63,039.38 | | Current | 0:00 | | -811:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | YTD | | 112:00 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | -514.00 | -9,145.00 | | | | | |
| Social Security Employee | | | -223.20 | -3,908.44 | | | | | |
| Medicare Employee | | | -52.20 | -914.07 | | | | | |
| | | | -789.40 | -13,967.51 | | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | | |
| Reimbursed Expenses | | | 372.42 | 372.42 | | | | | |
| **Net Pay** | | | **3,183.02** | **49,444.29** | | | | | |

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

**Employee Pay Stub**             Check number: EFT          Pay Period: 08/06/2022 - 08/19/2022          Pay Date: 08/26/2022

**Employee**                                                SSN

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451          ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,000.00 | 56,807.50 | | Current | 0:00 | 0:00 | 12:00 |
| Hourly Vacation | | | | 6,840.00 | | YTD | 0:00 | 36:00 | |
| Overtime (x1.5) hourly | | | | 1,771.88 | | | | | |
| Sick Pay | | | | 1,620.00 | | Vacation | Accrued | Used | Available |
| | 80:00 | | 4,000.00 | 67,039.38 | | Current | 0:00 | | -811:00 |
| Taxes | | | Current | YTD Amount | | YTD | | 112:00 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | -603.00 | -9,748.00 | | | | | |
| Social Security Employee | | | -248.00 | -4,156.44 | | | | | |
| Medicare Employee | | | -58.00 | -972.07 | | | | | |
| | | | -909.00 | -14,876.51 | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | | |
| Reimbursed Expenses | | | | 372.42 | | | | | |
| **Net Pay** | | | **3,091.00** | **52,535.29** | | | | | |

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

**Employee Pay Stub**        Check number: EFT                    Pay Period: 08/20/2022 - 09/02/2022        Pay Date: 09/09/2022

**Employee**                                                     **SSN**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451        ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,000.00 | 60,807.50 | | Current | 0:00 | 0:00 | 12:00 |
| Hourly Vacation | | | | 6,840.00 | | YTD | 0:00 | 36:00 | |
| Overtime (x1.5) hourly | | | | 1,771.88 | | | | | |
| Sick Pay | | | | 1,620.00 | | **Vacation** | **Accrued** | **Used** | **Available** |
| | 80:00 | | 4,000.00 | 71,039.38 | | Current | 0:00 | | -811:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | YTD | | 112:00 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | -603.00 | -10,351.00 | | | | | |
| Social Security Employee | | | -248.00 | -4,404.44 | | | | | |
| Medicare Employee | | | -58.00 | -1,030.07 | | | | | |
| | | | -909.00 | -15,785.51 | | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | | |
| Reimbursed Expenses | | | | 372.42 | | | | | |
| **Net Pay** | | | **3,091.00** | **55,626.29** | | | | | |

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

**Employee Pay Stub**                    Check number: EFT

Pay Period: 09/03/2022 - 09/16/2022                    Pay Date: 09/23/2022

**Employee**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 69:30 | 50.00 | 3,475.00 | 64,282.50 |
| Sick Pay | 2:30 | 50.00 | 125.00 | 1,745.00 |
| Hourly Vacation | 8:00 | 50.00 | 400.00 | 7,240.00 |
| Overtime (x1.5) hourly | | | | 1,771.88 |
| | 80:00 | | 4,000.00 | 75,039.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -603.00 | -10,954.00 |
| Social Security Employee | | | -248.00 | -4,652.44 |
| Medicare Employee | | | -58.00 | -1,088.07 |
| | | | -909.00 | -16,694.51 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Reimbursed Expenses | | | 130.40 | 502.82 |

| Net Pay | | | 3,221.40 | 58,847.69 |
|---|---|---|---|---|

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 2:30 | 9:30 |
| YTD | 0:00 | 38:30 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -819:00 |
| YTD | | 120:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

| **Employee Pay Stub** | | Check number: EFT | | | Pay Period: 09/17/2022 - 09/30/2022 | | | Pay Date: 10/07/2022 |

**Employee**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 59:00 | 50.00 | 2,950.00 | 67,232.50 | | Current | 0:00 | 0:00 | 9:30 |
| Hourly Vacation | 20:00 | 50.00 | 1,000.00 | 8,240.00 | | YTD | 0:00 | 38:30 | |
| Overtime (x1.5) hourly | | | | 1,771.88 | | | | | |
| Sick Pay | | | | 1,745.00 | | Vacation | Accrued | Used | Available |
| | 79:00 | | 3,950.00 | 78,989.38 | | Current | 0:00 | | -839:00 |
| **Taxes** | | | Current | YTD Amount | | YTD | | 140:00 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | -591.00 | -11,545.00 | | | | | |
| Social Security Employee | | | -244.90 | -4,897.34 | | | | | |
| Medicare Employee | | | -57.28 | -1,145.35 | | | | | |
| | | | -893.18 | -17,587.69 | | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | | |
| Reimbursed Expenses | | | 80.00 | 582.82 | | | | | |
| **Net Pay** | | | **3,136.82** | **61,984.51** | | | | | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

**Employee Pay Stub**          Check number: EFT                      Pay Period: 10/01/2022 - 10/14/2022          Pay Date: 10/21/2022

**Employee**                                                         **SSN**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451          ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,000.00 | 71,232.50 |
| Hourly Vacation | | | | 8,240.00 |
| Overtime (x1.5) hourly | | | | 1,771.88 |
| Sick Pay | | | | 1,745.00 |
| | 80:00 | | 4,000.00 | 82,989.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -603.00 | -12,148.00 |
| Social Security Employee | | | -248.00 | -5,145.34 |
| Medicare Employee | | | -58.00 | -1,203.35 |
| | | | -909.00 | -18,496.69 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Reimbursed Expenses | | | 35.40 | 618.22 |

**Net Pay**                                                              **3,126.40**    **65,110.91**

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 9:30 |
| YTD | 0:00 | 38:30 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -839:00 |
| YTD | | 140:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

| Employee Pay Stub | Check number: EFT | | | | Pay Period: 10/15/2022 - 10/28/2022 | | Pay Date: 11/04/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 78:00 | 50.00 | 3,900.00 | 75,132.50 |
| Hourly Vacation | | | | 8,240.00 |
| Overtime (x1.5) hourly | | | | 1,771.88 |
| Sick Pay | | | | 1,745.00 |
| | 78:00 | | 3,900.00 | 86,889.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -580.00 | -12,728.00 |
| Social Security Employee | | | -241.80 | -5,387.14 |
| Medicare Employee | | | -56.55 | -1,259.90 |
| | | | -878.35 | -19,375.04 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Reimbursed Expenses | | | 12.56 | 630.78 |

| Net Pay | | | 3,034.21 | 68,145.12 |
|---|---|---|---|---|

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

---

| Employee Pay Stub | | Check number: EFT | | | | Pay Period: 10/29/2022 - 11/11/2022 | | | Pay Date: 11/18/2022 |

**Employee**                                                                SSN

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451                ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Sick | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 59:00 | 50.00 | 2,950.00 | 78,082.50 | | Current | 0:00 | 0:00 | 9:30 |
| Hourly Vacation | 20:00 | 50.00 | 1,000.00 | 9,240.00 | | YTD | 0:00 | 38:30 | |
| Overtime (x1.5) hourly | | | | 1,771.88 | | | | | |
| Sick Pay | | | | 1,745.00 | | Vacation | Accrued | Used | Available |
| | 79:00 | | 3,950.00 | 90,839.38 | | Current | 0:00 | | -859:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | YTD | | 160:00 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | -591.00 | -13,319.00 | | | | | |
| Social Security Employee | | | -244.90 | -5,632.04 | | | | | |
| Medicare Employee | | | -57.27 | -1,317.17 | | | | | |
| | | | -893.17 | -20,268.21 | | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | | |
| Reimbursed Expenses | | | 34.50 | 665.28 | | | | | |
| **Net Pay** | | | **3,091.33** | **71,236.45** | | | | | |

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
120 Country Club Drive, Ste 7
Incline Village, NV 89451

**Employee Pay Stub**        Check number: EFT            Pay Period: 11/12/2022 - 11/25/2022          Pay Date: 12/02/2022

**Employee**                                                        **SSN**

Lauren E Marshall, 120 Country Club Drive, Ste 7, Incline Village, NV 89451        ***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:00 | 50.00 | 1,350.00 | 79,432.50 |
| Hourly Vacation | 52:00 | 50.00 | 2,600.00 | 11,840.00 |
| Overtime (x1.5) hourly | | | | 1,771.88 |
| Sick Pay | | | | 1,745.00 |
| | 79:00 | | 3,950.00 | 94,789.38 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -591.00 | -13,910.00 |
| Social Security Employee | -244.90 | -5,876.94 |
| Medicare Employee | -57.28 | -1,374.45 |
| | -893.18 | -21,161.39 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Reimbursed Expenses | 34.50 | 699.78 |

**Net Pay**        **3,091.32**    **74,327.77**

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 9:30 |
| YTD | 0:00 | 38:30 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -911:00 |
| YTD | | 212:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
770 Mays Blvd #5816
Incline Village, NV 89451

---

| **Employee Pay Stub** | | Check number: EFT | | **Pay Period: 11/26/2022 - 12/09/2022** | | **Pay Date: 12/16/2022** |
|---|---|---|---|---|---|---|

**Employee**

Lauren E Marshall, 770 Mays Blvd #5816, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,000.00 | 83,432.50 |
| Overtime (x1.5) hourly | 9:30 | 75.00 | 712.50 | 2,484.38 |
| Hourly Vacation | | | | 11,840.00 |
| Sick Pay | | | | 1,745.00 |
| | 89:30 | | 4,712.50 | 99,501.88 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -774.00 | -14,684.00 |
| Social Security Employee | | | -292.18 | -6,169.12 |
| Medicare Employee | | | -68.33 | -1,442.78 |
| | | | -1,134.51 | -22,295.90 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Reimbursed Expenses | | | 238.54 | 938.32 |

| **Net Pay** | | | **3,816.53** | **78,144.30** |
|---|---|---|---|---|

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 9:30 |
| YTD | 0:00 | 38:30 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -911:00 |
| YTD | | 212:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
770 Mays Blvd #5816
Incline Village, NV 89451

| Employee Pay Stub | | Check number: EFT | | | Pay Period: 12/10/2022 - 12/23/2022 | | Pay Date: 01/06/2023 | |
|---|---|---|---|---|---|---|---|---|

**Employee**

Lauren E Marshall, 770 Mays Blvd #5816, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 50.00 | 1,600.00 | 1,600.00 |
| Hourly Vacation | 48:00 | 50.00 | 2,400.00 | 2,400.00 |
| | 80:00 | | 4,000.00 | 4,000.00 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -582.00 | -582.00 |
| Social Security Employee | | | -248.00 | -248.00 |
| Medicare Employee | | | -58.00 | -58.00 |
| | | | -888.00 | -888.00 |
| **Net Pay** | | | **3,112.00** | **3,112.00** |

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | 9:30 |
| YTD | 0:00 | 38:30 | |
| Vacation | Accrued | Used | Available |
| Current | 0:00 | | -959:00 |
| YTD | | 260:00 | |

Scott Corridan Design
120 Country Club Dr., Ste 7
Incline Village, NV  89451

Lauren E Marshall
770 Mays Blvd #5816
Incline Village, NV 89451

---

| **Employee Pay Stub** | | Check number: EFT | | | Pay Period: 12/24/2022 - 01/06/2023 | | Pay Date: 01/13/2023 |
|---|---|---|---|---|---|---|---|

**Employee**

Lauren E Marshall, 770 Mays Blvd #5816, Incline Village, NV 89451

**SSN**

***-**-0229

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 8:00 | 50.00 | 400.00 | 2,000.00 |
| Sick Pay | 24:00 | 50.00 | 1,200.00 | 1,200.00 |
| Hourly Vacation | 40:00 | 50.00 | 2,000.00 | 4,400.00 |
| | 72:00 | | 3,600.00 | 7,600.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -494.00 | -1,076.00 |
| Social Security Employee | | | -223.20 | -471.20 |
| Medicare Employee | | | -52.20 | -110.20 |
| | | | -769.40 | -1,657.40 |

**Net Pay** — 2,830.60 — 5,942.60

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 24:00 | 24:00 | 9:30 |
| YTD | 24:00 | 24:00 | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -999:00 |
| YTD | | 40:00 | |

Scott Corridan Design, 120 Country Club Dr., Ste 7, Incline Village, NV  89451