HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada  89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
**Email: hestes@esteslawpc.com**

Counsel for Chapter 7 Trustee

*ELECTRONICALLY FILED*
*August 15, 2023*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. 22-50366-hlb |
| | Chapter 7 |
| SCOTT A. CORRIDAN, | CHAPTER 7 TRUSTEE, EDWARD M. BURR'S LIMITED OBJECTION TO MOTION OF SAVANNAH SCOVILLE FOR AN ORDER COMPELLING DEBTOR'S IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM |
| Debtor. | Hearing Date: August 29, 2023 |
| _____/ | Hearing Time: 2:00 p.m. |

  Chapter 7 Trustee, Edward M. Burr (the "Trustee"), by and through his counsel, Holly E. Estes, Esq., of Estes Law, P.C. hereby files his limited objection to the Motion of Savannah Scoville for an Order Compelling Debtor's Immediate Payment of Administrative Expense Claim [DE 198] (the "Motion").

  The Trustee does not object to the Court entering an order granting Savannah Scoville a chapter 11 administrative expense in the amount of $9,740.00 for work she performed for the Debtor prior to the conversion of the case.  The bankruptcy estate currently has no money.  The Trustee is in the process of determining what assets are available for liquidation, and in some instances is already in the process of seeking to

1  have those assets liquidated. The Trustee is also still in the process of evaluating claims
2  and expenses, and he does not believe that the chapter 11 administrative expense bar date
3  has passed. Accordingly, the Trustee objects to the Court ordering the payment of Ms.
4  Scoville's administrative expense until future order of the Court. Specifically, the
5  Trustee requests that the Court reserve ordering payment to Ms. Scoville, as he does not
6  currently know what money will be available to pay chapter 11 administrative expenses,
7  or whether Ms. Scoville's expense will be able to be paid in full, pro-rata with others
8  similarly situated, of if there will not be any money to pay her expense at all.

9  **WHEREFORE** the Chapter 7 Trustee requests that the Court allow Ms. Scoville's
10 chapter 11 administrative expense in the amount of $9,740.00, and deny the remainder of
11 her Motion, with payment of her expense to be determined by future order of the Court.

12 **DATED** this 15th day of August, 2023.

ESTES LAW, P.C.

By: _____/s/ Holly E. Estes_____
HOLLY E. ESTES, ESQ.
Attorney for the Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I, Holly E. Estes, Esq., hereby certify that on the 15th day of August, 2023, the foregoing document was served on all parties consenting to electronic service in this case via the Court's CM/ECF system of the Bankruptcy Court.

/s/ Holly E. Estes

_____

HOLLY E. ESTES