_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
August 16, 2023
_____

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for Chapter 7 Trustee

*ELECTRONICALLY LODGED*
*August 15, 2023*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. 22-50366-hlb<br>Chapter 7 |
| SCOTT A. CORRIDAN,<br><br>Debtor.<br>_____/ | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SCOTT A. CORRIDAN TO EXTEND THE DEADLINE TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS**<br><br>**[No Hearing Required]** |

The Court having reviewed the Stipulation Between Chapter 7 Trustee and Scott A. Corridan to Extend the Deadline to Object to the Debtor's Claimed Exemptions [DE 231] (the "Stipulation") and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is Approved, and the deadline to object to the Debtor's claimed exemptions shall be extended from August 28, 2023 to October 12, 2023.

**ESTES LAW, P.C.**
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Exemptions\Ord Stip Ext Deadline Obj Exemptions 081523.wpd

1   IT IS SO ORDERED.
2   PREPARED AND SUBMITTED BY:
3   ESTES LAW, P.C.
4
5   By: */s/ Holly E. Estes*
6        HOLLY E. ESTES, ESQ.
7        Attorney for Chapter 7 Trustee

###