NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−22−50366−hlb<br>CHAPTER 7 |
| SCOTT A. CORRIDAN<br>    aka SCOTT ALAN CORRIDAN<br>    dba SCOTT CORRIDAN DESIGN | |
| | NOTICE OF DOCKETING ERROR |
| Debtor(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *310* – Motion to Avoid Lien (s) and Authorize Release of Homsteaded Equity to Debtor Filed by KEVIN A. DARBY on behalf of SCOTT A. CORRIDAN (DARBY, KEVIN) |
| | *311* – Declaration Of: SCOTT A. CORRIDAN Filed by KEVIN A. DARBY on behalf of SCOTT A. CORRIDAN (Related document(s)310 Motion to Avoid Lien filed by Debtor SCOTT A. CORRIDAN) (DARBY, KEVIN) |
| | *312* – Notice of Hearing Hearing Date: 11/28/2023 Hearing Time: 2:00 p.m. Filed by KEVIN A. DARBY on behalf of SCOTT A. CORRIDAN (Related document(s)310 Motion to Avoid Lien filed by Debtor SCOTT A. CORRIDAN) (DARBY, KEVIN |
| Filed On: | 10/30/23 |
| With A Hearing Date Of: | 11/28/23 |
| And A Hearing Time Of: | 2:00 pm |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.
* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)

Dated: 10/31/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**