*[Signature]*
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 09, 2023

___

Cameron M. Gulden, Assistant United States Trustee
State Bar No. MN 310931
Jared A. Day, Trial Attorney
State Bar No. CA 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Booth Street., Suite 3009
Reno, Nevada 89509
Telephone: (775) 784-5530
E-mail: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCOTT A. CORRIDAN,<br><br>　　　　　　　Debtor(s). | Case No: 22-50366-hlb<br><br>Chapter 7<br><br>Date: November 7, 2023<br>Time: 2:00 p.m. |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
TO ENLARGE TIME PERIOD TO FILE COMPLAINT TO DENY
DISCHARGE UNDER 11 U.S.C. § 727 TO DECEMBER 4, 2023**

　　The *United States Trustee's Motion to Enlarge Time Period to File Complaint to Deny Discharge Under 11 U.S.C. § 727* ("Motion") came on for hearing after proper notice at the above-stated date and time. *See* ECF No. 277. No oppositions or other responses to the Motion were filed. *See* ECF Docket *generally*. Appearances were noted on the record. The Court

1

having reviewed the Motion, considered the arguments presented by the United States Trustee, and for the reasons recited on the record;

IT IS HEREBY ORDERED that United States Trustee's Motion is granted; and

IT IS FURTHER ORDERED that the deadline for the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended to and including December 4, 2023.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Jared A. Day
Jared A. Day
Trial Attorney for United States Trustee

###

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

  _X_    The court has waived the requirement set forth in LR 9021(b)(1).

  ____    No party appeared at the hearing or filed an objection to the motion.

  ____    I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| NA | |
|---|---|

  ____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 8, 2023

                                              _/s/ Jared A. Day_
                                              Jared A. Day
                                              Trial Attorney for the United States Trustee
                                              Tracy Hope Davis