_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 15, 2023

_____

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Counsel for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. 22-50366-hlb<br>Chapter 7 |
| SCOTT A. CORRIDAN, | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO ENLARGE TIME PERIOD FOR CHAPTER 7 TRUSTEE AND U.S. TRUSTEE TO FILE A COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. §727 TO DECEMBER 4, 2023** |
| Debtor.<br>_____/ | **Hearing Date: November 7, 2023**<br>**Hearing Time: 2:00 p.m.** |

The Motion to Enlarge Time Period for Chapter 7 Trustee and U.S. Trustee to File a Complaint to Deny Discharge Under 11 U.S.C. §727 to December 4, 2023 (the "Motion") came on for hearing on November 7, 2023 at 2:00 p.m. after proper notice. No oppositions or other responses to the Motion were filed. Appearances were noted on the record. The Court having reviewed the Motion, considered the arguments presented at the hearing and for the reasons recited on the record and good cause appearing,

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Mot Ext Deadline Obj Discharge\Mot Ext Deadline Obj Discharge Ch 7 TR 092623.wpd

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the deadline for the Chapter 7 Trustee and United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 is extended to and including December 4, 2023.

PREPARED AND SUBMITTED BY:

ESTES LAW, P.C.


By: _____*/s/ Holly E. Estes*_____
    HOLLY E. ESTES, ESQ.
    Attorney for Chapter 7 Trustee


In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

_X_ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

ESTES LAW, P.C.
605 Forest Street
Reno, Nevada 89509
(775) 321-1333

F:\Estes Law Backup 041422\Corridan, Scott\Mot Ext Deadline Obj Discharge\Mot Ext Deadline Obj Discharge Ch 7 TR 092623.wpd

2