_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 08, 2023

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada  89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
**Email: hestes@esteslawpc.com**
Attorney for the Chapter 7 Trustee
Edward M. Burr

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | Case No: 22-50366-hlb |
| ) | Chapter 7 |
| SCOTT A. CORRIDAN, ) | |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

**ORDER APPROVING STIPULATION TO ENLARGE TIME
PERIOD FOR CHAPTER 7 TRUSTEE AND UNITED
STATES TRUSTEE TO FILE COMPLAINT TO DENY
DISCHARGE UNDER 11 U.S.C. § 727 TO FEBRUARY 5, 2024**

The Court having reviewed the Stipulation between the Chapter 7 Trustee ("Trustee"), the United States Trustee ("U.S. Trustee"), and the Debtor Scott. A. Corridan ("Debtor"), to Enlarge Time Period for the Trustee and the U.S. Trustee to File a Complaint to Deny Discharge Under 11 U.S.C. § 727, and good cause appearing,

///

1

IT IS HEREBY ORDERED that the Stipulation is approved; and

IT IS HEREBY FURTHER ORDERED that the time-period for the Trustee and the U.S. Trustee to file a complaint to deny discharge under 11 U.S.C. § 727 is extended to and including January 22, 2024.

Respectfully submitted,

By: /s/ Holly E. Estes
    Holly E. Estes
    Attorney for the Trustee

Approved

By: /s/ Kevin J. Darby
    Kevin A. Darby
    Attorney for the Debtor

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/Jared A. Day
    Jared A. Day
    Trial Attorney for the United States Trustee

HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Estes Law, P.C.
605 Forest Street
Reno, Nevada 89509
Telephone (775) 321-1333
Facsimile (775) 321-1314
*Email: hestes@esteslawpc.com*
Attorney for the Chapter 7 Trustee
Edward M. Burr

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No: 22-50366-hlb |
| ) | Chapter 7 |
| SCOTT A. CORRIDAN, ) | |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

**STIPULATION TO ENLARGE TIME PERIOD FOR CHAPTER 7 TRUSTEE AND UNITED STATES TRUSTEE TO FILE COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO FEBRUARY 5, 2024**

Edward M. Burr, the Chapter 7 Trustee ("Trustee") in the above-captioned case, by and through his undersigned counsel, the United States Trustee for Region 17 ("U.S. Trustee"), by and through her undersigned counsel, and the Debtor Scott A. Corridan ("Debtor"), by and through his undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

1. The Debtor filed the above-captioned case under chapter 11 of the Bankruptcy Code on July 12, 2022. *See* ECF No. 1. Thereafter, the case was converted to chapter 7 on June 16, 2023. *See* ECF No. 160.

2. The 11 U.S.C. § 341 Meeting of Creditors in the chapter 7 case was conducted and concluded on July 28, 2023. *See* ECF Docket generally.

1

3. The Parties are investigating whether to file an adversary complaint objecting to the Debtor's discharge.

4. The deadline for the Parties to file an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on December 4, 2023. *See* ECF Nos. 319 *and* 324.

5. The Parties hereby stipulate to extend the time for the Trustee and the U.S. Trustee to file an adversary complaint to deny discharge under 11 U.S.C. § 727 to and including January 22, 2024.

Dated: December 1, 2023

SCOTT. A CORRIDAN
DEBTOR

*/s/ Kevin A. Darby*
By: Kevin A. Darby
Attorney for the Debtor

Dated: December 1, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

*/s/Jared A. Day*
By: Jared A. Day
Attorney for United States Trustee

HOLLY E. ESTES
TRUSTEE

*/s/ Holly E. Estes*
By: Holly E. Estes
Attorney for the Trustee

2