KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
       tricia@darbylawpractice.com

Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.:   BK-N-22-50366-hlb<br>Chapter 7 |
| SCOTT A. CORRIDAN,<br><br>        Debtor. | **DEBTOR'S NOTICE OF CHANGE OF ADDRESS**<br><br>Hearing Date:   n/a<br>Hearing Time: |
| _____ / | |

    Debtor SCOTT A. CORRIDAN ("Debtor"), by and through counsel, Kevin A. Darby, Esq. of Darby Law Practice, Ltd., hereby provides notice of his new address as follows:

    <u>New Mailing Address:</u> 770 Mays Blvd #8840, Incline Village, NV 89450

    <u>New Physical Address:</u> 120 Village Blvd #151, Incline Village, NV 89451

    DATED 11th day of December, 2023.

                                                      DARBY LAW PRACTICE, LTD.

                                                      By:   */s/ Kevin A. Darby*
                                                          KEVIN A. DARBY, ESQ.
                                                          Counsel for Debtor